UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: JESSICA NICOLE SMITH | CASE NO: 16-05750<br>CHAPTER: 13<br><br>STATEMENT OF CHANGE |
| DEBTOR(S) | |

    In Accordance with Bankruptcy Rule 1009 and Local Rule 1009-1, the undersigned hereby amends Schedule G as follows:

    1) Amended Schedule G :

                                        Amended Schedule G to add creditor

                                        ELIZABETH VUCOVICH
                                        209 BELAIR ROAD
                                        NORTH AUGUSTA SC 29841

Date: 12/02/16                                            /s/ Jason T. Moss
                                                          Signature of Attorney
                                                           Moss & Associates Attorneys PA
                                                           816 Elmwood Ave
                                                           Columbia SC 29201
                                                           (803)933-0202

                                                           7240
                                                           District Court ID Number

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| IN RE: JESSICA NICOLE SMITH | CASE NO: 16-05750<br>CHAPTER: 13 |
|---|---|
| | CERTIFICATE OF SERVICE |
| DEBTOR(S) | |

    THE UNDERSIGNED HEREBY CERTIFIES THAT HE/SHE PROPERLY SERVED THE FOREGOING AMENDED SCHEDULES E/F & J, AND NOTICE OF FILING TO THE FOLLOWING CREDITORS, VIA US MAIL, POSTAGE PRE-PAID:

William K. Stephenson, Jr.
Chapter 13 Trustee
Electronic Service only

Elizabeth Vucovich
209 Belair Road
North Augusta SC 29841


Date: 12/02/16                                              /s/ Cameron Pruitt
                                                                                      Moss & Associates, Attorneys, P.A.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jessica** | **Nicole** | **Smith** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number: 16-05750
(if known)

■ Check if this is an amended filing

# Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 **ELIZABETH VUCOVICH**<br>**209 BELAIR ROAD**<br>**North Augusta, SC 29841** | **RESIDENTIAL LEASE - ARREARS TOTALING ($2,000) TO BE PAID BY TRUSTEE THROUGH PLAN ($34) PER MONTH AT 0% INTEREST. DEBTOR TO ASSUME LEASE OUTSIDE PLAN DECEMBER 2016.** |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jessica Nicole Smith** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number (if known) | **16-05750** | | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Jessica Nicole Smith**    X _____
**Jessica Nicole Smith**    Signature of Debtor 2
Signature of Debtor 1

Date **December 2, 2016**    Date _____