**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 16–05750–hb

Chapter: 13

**In re:**

Jessica Nicole Smith
 aka Jessica Smith, aka Jessica N Smith, aka Jessica Porterfield, aka Jessica N Porterfield, aka Jessica Nicole Porterfield

| Entered By The Court 1/11/17 | ORDER | Filed By The Court 1/11/17 Laura A. Austin Clerk of Court US Bankruptcy Court |

CI Order – The plan as presently filed will be confirmed if the trustee recommends confirmation. Any other conditions incident to confirmation which may have been made orally by the Court during the hearing are hereby made a part of this order. AND IT IS SO ORDERED. Signed By: Judge Helen E. Burris, US Bankruptcy Court – District of South Carolina.

United States Bankruptcy Judge

United States Bankruptcy Court
District of South Carolina

In re:  
Jessica Nicole Smith  
       Debtor

Case No. 16-05750-hb  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0420-3     User: admin    Page 1 of 1    Date Rcvd: Jan 12, 2017  
                   Form ID: 930aBNC    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
db         +E-mail/PDF: jessiep1001@gmail.com Jan 12 2017 21:55:44      Jessica Nicole Smith,  
           211 Belair Road,    North Augusta, SC 29841-2708  
                                                                                                      TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2017 at the address(es) listed below:  
         Jason T. Moss    on behalf of Debtor Jessica Nicole Smith andrew@mossattorneys.com,  
            john@mossattorneys.com  
         Nathan E. Huff    on behalf of Creditor Elizabeth  Vukovich nhuff@nehlaw.com  
         Nathan E. Huff    on behalf of Creditor Mansor  Ghassem nhuff@nehlaw.com  
         US Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov  
         William K. Stephenson, Jr.    stephenson@ch13.newsouth.net,  
          ecf@ch13.newsouth.net;ecfbkup@ch13.newsouth.net  
                                                                                                      TOTAL: 5